UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REBECCA BRYANT                              CIVIL ACTION

VERSUS                                      NUMBER: 09-329

MICHAEL LAUGHLIN, ET AL.                    SECTION: "I"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint be dismissed without prejudice for failure to prosecute.

New Orleans, Louisiana, this 29th day of September, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE